# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600236

_____

## UNITED STATES OF AMERICA
Appellee

v.

## EDDIE C. CARTHAN
Lieutenant (0-3), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander R.P. Monahan, Jr., JAGC, USN.
Convening Authority: Commanding General, Marine Corps
Warfighting Laboratory, Marine Corps Combat Development
Command, Quantico, VA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel I.D.
Brasure, USMC.
For Appellant: Lieutenant Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 29 December 2017

_____

Before GLASER-ALLEN, MARKS, and JONES, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court